# ATTACHMENT A

**CHARGE:**

On or between September 21, 2023, and November 2, 2023, in Greene County, in the Western District of Missouri, the defendant, **TREY ALEXANDER GILES**, did knowingly possess machineguns, that is (1) a Glock pistol bearing serial number SZK679 with a machinegun conversion device, and (2) a Glock pistol bearing serial number ADHX965 with a machinegun conversion device, all in violation of Title 18, United States Code Sections 922(o) and 924(a)(2).

**RANGE OF PUNISHMENT:**

18 U.S.C. §§ 922(o) and 924(a)(2)
NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

$100 Special Assessment