# ATTACHMENT B
# AFFIDAVIT OF SPECIAL AGENT JERRY WINE
# UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Jerry Wine, being first duly sworn, do herby depose and state the following:

1. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since December 2013. Prior to my current employment with ATF, I was a Springfield, Missouri, Police Department ("SPD") officer for 12 years. As an SPD officer, I was assigned to the Special Investigations Unit ("SIU") for five years and two years as a Task Force Officer with ATF. My duties involve investigating a variety of federal offenses, to include violations of Federal Firearms Laws and other criminal violations of federal law.

2. This affidavit is in support of a criminal complaint charging Trey Alexander GILES ("GILES") with possession of a machinegun, in violation of Title 18, United State Code, Section 922(o).

3. The information contained in this affidavit is based upon my own investigation, oral and written reports by other law enforcement officers, and other investigative techniques. The dates and times in this affidavit are approximate. Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for this criminal complaint, I have not described all the relevant facts and circumstances of which I am aware.

## STATUTORY AUTHORITY

4. Title 18, United States Code, Section 922(o) prohibits any person from possessing or transferring a machinegun.

5. Title 26, United States Code, Section 5845(b) defines machinegun as any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include

the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

**PROBABLE CAUSE**

6. In November 2021, ATF began investigating numerous shooting incidents in the Springfield, Missouri, area involving juveniles and young adults. Several males involved in shooting incidents were identified through various social media accounts and police incident reports. Many shooting suspects were identifying themselves as gang members and/or rappers. The "gang" names identified for various groups of males in this investigation are clearly visible on their social media accounts, tattoos, and clothing/jewelry worn by their respective members. The two primary gangs that were initially identified in the ATF's investigation were Fuck The Opps ("FTO") and Only Da Brothers ("ODB"). Over time, due to a number of factors including conflicts within FTO and ODB, other gangs have become more prevalent including All Family No Friends and 1500. A review of their social media accounts showed them in rap music videos/photographs possessing what appeared to be handguns, AR-style pistols and rifles. Most of the identified subjects were under the age of 21 and were prohibited from purchasing handguns from a Federal Firearm Licensee ("FFL"). In many of the rap videos, targets of this investigation appear to be smoking marijuana and have been documented as users of controlled substances. Trey Alexander GILES was identified as a member and/or associate of All Family No Friends

7. On September 21, 2023, the Springfield Police Department ("SPD") was dispatched to 425 East Kearney, Springfield, Greene County, in the Western District of Missouri, for a check a person with a weapon. Officers arrived and contacted several people near a blue Ford

Explorer. GILES was identified as the owner of the Ford Explorer. Officers saw firearms in plain view inside the vehicle. GILES claimed he did not know anything about firearms in his vehicle. A search of the vehicle revealed five (5) firearms, including a Glock, 22 Gen 4, .40 caliber pistol, bearing serial number SZK679. The Glock pistol had a Machinegun Conversion Device[1] ("MCD") affixed to the slide.

8. On September 25, 2023, I sent the Glock, 22 Gen 4, .40 caliber, pistol, serial number SZK679 to the ATF Forensic Laboratory for fingerprint and DNA analysis.

9. On November 2, 2023, SPD responded to 1835 South Weaver, Springfield, Greene County, in the Western District of Missouri, to arrest GILES for an active state arrest warrant. Officers arrived and saw GILES and another individual (hereinafter Witness 1 ("W1")), standing outside the residence. While arresting GILES for the outstanding warrant, they saw a Glock pistol partially covered by a trash can near the front of the residence. Officers seized the pistol, which was identified as a Glock, 19 Gen 4, 9 mm, pistol, bearing serial number ADHX965. The Glock pistol had a MCD affixed to the slide.

10. On January 13, 2025, I interviewed W1 about the November 2, 2023, incident. According to W1, GILES had possessed the firearm found under the trash can. W1 stated that GILES saw the officers arriving at the residence, and hid the firearm under the trash can prior to officers contacting him. W1 stated they knew GILES to have "switches" in the past and thought the pistol had one affixed to it.

11. On January 14, 2025, I reviewed the laboratory results for the Glock pistol bearing serial number SZK679 seized on September 21, 2023. According to the DNA analysis, GILES's DNA was located on the grips, trigger, trigger guard, the slide, the front side and muzzle area, the

---

[1] A machinegun conversion device is a combination of parts designed and intended for use in converting a weapon into a machinegun.

grip sleeve, the optical accessory, the optical accessory battery, the drum ammunition magazine, and the round drum portion of the drum ammunition magazine. An ATF Firearms Enforcement Officer ("FEO") examined and test fired the Glock with the MCD affixed determined that it functioned as designed, and was a machinegun. The machinegun was also determined to be a firearm under the Gun Control Act of 1968, and subject to the National Firearm Act ("NFA").

12. The second firearm, the Glock pistol bearing serial number ADHX965, with the affixed MCD, and seized on November 2, 2023, was examined and test fired by an ATF FEO. That FEO determined that the firearm functioned as designed, and was a machinegun. Further, the machinegun was also determined to be a firearm under the Gun Control Act of 1968 and subject to the NFA.

13. I provided photographs of the Glock pistol bearing serial number SZK679 seized on September 21, 2023, and the Glock pistol bearing serial number ADHX965 seized on November 2, 2023, to an ATF SA and Firearm Interstate Nexus Expert. According to the SA and Nexus Expert, it is his opinion, that if these firearms were received and/or possessed in the State of Missouri, it traveled in or affected interstate and/or foreign commerce.

14. On February 8, 2025, W1 reported to SPD that GILES had pulled up next to W1 while he was driving a gray Dodge Charger, pointed a firearm at W1, and threatened to shoot W1. Several hours after W1 made that report, officers located the gray Charger in the area of National and Kearney. Officers attempted a traffic stop, and it fled at a high rate of speed. Officers terminated the pursuit because the risk involved with the high-speed pursuit. Officers then contacted the owner of the Charger, who reported that GILES was her cousin, and he was in possession of the vehicle. The vehicle owner stated that GILES admitted to running from law enforcement.

15. On February 10, 2025, SPD officers were dispatched to a check a person with a weapon in the area of 1600 North Summit. The original caller reported three to four males walking around with handguns. When officers arrived, they observed three individuals running from the scene, one of which was later identified as GILES. Officers pursued GILES on foot, observed him jump over a fence, and eventually detained him. Officers searched the area, and an officer located a Draco brand firearm near the fence that GILES jumped over. When GILES was taken into custody, officers could smell the odor of intoxicants coming from his breath, and his speech was slurred. At some point, it appeared that GILES vomited in the patrol car. Based on my training and experience, that would indicate that GILES was intoxicated at the time he was arrested by SPD. GILES was also found in possession of suspect Xanax.

    I swear/affirm that the above information is true and correct to the best of my knowledge and belief.

_____
JERRY WINE
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me via telephone on the ___11th___ day of February, 2025.

_____
HONORABLE DAVID P. RUSH
United States Magistrate Judge
Western District of Missouri